584 A.2d 200

STATE OF NEW JERSEY v. FREDDIE ALLAN RIOS OLIVIO.

May 1, 1990.

Petition for certification granted. (See 237 *N.J.Super.* 428, 568 *A.*2d 111)

584 A.2d 200

STATE OF NEW JERSEY v. RICHARD A. MURPHY.

May 1, 1990.

Petition for certification denied.

584 A.2d 200

STATE OF NEW JERSEY v. FRANCIS D. CASEY, JR.

May 1, 1990.

Petition for certification denied.

584 A.2d 201

STATE OF NEW JERSEY v. PEDRO FERNANDEZ.

May 1, 1990.

Petition for certification denied.